UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

vs.                         Case No.: 8:08-cv-1292-T-33TBM

LOKEN FAMILY PARTNERSHIP,
LLP,

    Defendant.
_____/

**ORDER**

    Before the Court is Defendant's Stipulation to Dismiss with Prejudice and Without Costs (the "Stipulation," Doc. 14). The Stipulation reads that a settlement has been reached in this case and that dismissal with prejudice is appropriate. The parties ask the Court to retain jurisdiction of the case to enforce the "Settlement Agreement." The parties failed to file any settlement agreement with the Court.

    The Court finds it appropriate to dismiss this case with prejudice as the parties requested; however, the Court declines to retain jurisdiction of this case for any reason.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED**:

That this case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case immediately.

**DONE AND ORDERED** from Chambers in Tampa, Florida, on this 1st day of June, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record